## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Political Prisoner #DL4686      :
a/k/a Alton D. Brown,      :
                Petitioner    :
                                :

                v.              :      No. 99 M.D. 2022
                                :

George M. Little, Secretary     :
of the Pa. DOC and           :
Z.J. Moslak,                :
               Respondents  :

**PER CURIAM**                  **O R D E R**

        NOW, August 30, 2023, upon consideration of Respondents' application for reconsideration, the application is **DENIED.**